**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 27, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00802-CV

———————

**MAURICE SCHRUBEN, Appellant**

**V.**

**MARY AGNES SCHRUBEN, Appellee**

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2009-58104**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final decree of divorce signed August 23, 2011.  On March 16, 2012, appellant filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.

The motion is granted.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.